**KIMBALL JONES, ESQ.**
Nevada Bar No.: 12982
**JOSHUA P. BERRETT, ESQ.**
Nevada Bar No.: 12697
**BIGHORN LAW**
3675 W. Cheyenne Ave., Suite 100
North Las Vegas, Nevada 89032
Phone: (702) 333-1111
Email:  Kimball@Bighornlaw.com
            Josh@Bighornlaw.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANDREA BALISTRERI, an individual;<br><br>Plaintiff,<br><br>v.<br><br>KEY INSURANCE COMPANY, a foreign corporation; DOE DRIVER I-X; DOE OWNERS I-X; ROE OWNERS I-X; ROE EMPLOYERS I-X; AND ROE COMPANIES I-X,<br><br>Defendants. | CASE NO.:   2:24-cv-00681-JAD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**(Second Request)** |

COMES NOW Plaintiff ANDREA BALISTRERI by and through his counsel of record KIMBALL JONES, ESQ., and JOSHUA P. BERRETT, ESQ., of the law firm of BIGHORN LAW and Defendant KEY INSURANCE COMPANY by and through its counsel, PHILIP GOODHART, ESQ., of the law firm of THORNDAL ARMSTRONG, PC., pursuant to Fed. R. Civ. P. 6(b), LR IA 6-1, LR 26-1 and LR 26-3, that Discovery Deadlines be extended by an additional 30 days.  This is the parties' second request for a continuance of the discovery deadlines:

    **A.**    **DISCOVERY COMPLETED TO DATE.**

        1.  On June 25, 2024, Plaintiff served its FRCP 26 Initial Disclosures.

        2.  On August 2, 2024, Defendant served its FRCP 26 Initial Disclosures.

        3.  On August 29, 2024, Plaintiff served Defendant with Interrogatories.

4. On August 29, 2024, Plaintiff served Defendant with Request for Production of Documents.

5. On August 30, 2024, Plaintiff set the deposition of Defendant Key Insurance for October 28, 2024, however, this is in the process of being rescheduled, due to a last minute emergency.

6. On September 24, 2024, Plaintiff served its First Supplement to FRCP 26 Initial Disclosure.

7. On November 12, 2024, Defendant served Defendant, Key Insurance Company's Answers to Plaintiff's First Set of Interrogatories.

B. **DISCOVERY THAT REMAINS TO BE COMPLETED**

The parties have agreed to a 30-day extension to complete the remaining discovery. The discovery that remains to be completed includes:

1. Deposition of Key Insurance Company claims personnel and FRCP 30(b)(6) witnesses.

2. Defendant's Responses to Request for Production of Documents.

3. Plaintiff may need to be deposed.

4. Experts still need to be disclosed.

5. The parties may need to depose each other's retained experts.

6. Any other discovery the respective parties deem necessary.

C. **REASONS WHY THE PARTIES ARE REQUESTING EXTENSION/GOOD CAUSE**

Good cause exists for the extension of the current discovery deadlines as the Parties require additional time to complete the remaining necessary discovery. Defendant's FRCP 30(b)(6) witnesses deposition was being rescheduled to occur on December 5, 2024. Unfortunately, the witness had an emergency and will be out of the state in early December, 2024. The parties are currently working on coordinating dates for the deposition and anticipate it taking place before the end of the calendar year.

As the current expert disclosure is set for January 3, 2025, an extension of 30 days will afford the

parties time to complete discovery, assess any and all new documents, and take any depositions. All parties believe that the Court's granting of this stipulation would further the interests of justice and advance the merits of the case. As such, good cause exists for extending discovery. This request is made for dilatory purposes.

**D.    PROPOSED REVISED DISCOVERY SCHEDULE**

|  | **CURRENT DEADLINE** | **PROPOSED DEADLINE** |
|---|---|---|
| Amending the Pleadings and Adding Parties | December 3, 2024 | January 3, 2025 |
| Initial Expert Disclosures | January 3, 2025 | February 3, 2025 |
| Rebuttal Expert Disclosures | February 3, 2025 | March 3, 2025 |
| Discovery Cut-Off | March 4, 2025 | April 4, 2025 |
| Dispositive Motions | April 7, 2025 | May 7, 2025 |
| Pre-Trial Order | May 5, 2025 | June 5, 2025* |

*In the event that dispositive motions are filed, the date for filing the joint pretrial order will be suspended until thirty (30) days after decision of the dispositive motions or further order of the Court.

**IT IS SO STIPULATED**.

DATED this 4th day of December 2024.

| BIGHORN LAW | THORNDAL ARMSTRONG, PC |
|---|---|
| By: /s/ Joshua P. Berrett            . | By: /s/ Philip Goodhart, Esq.         |
| **KIMBALL JONES, ESQ**. | **PHILIP GOODHART, ESQ.** |
| Nevada Bar No.: 12982 | Nevada Bar No. 5334 |
| **JOSHUA P. BERRETT, ESQ**. | 600 S. Las Vegas Blvd., Suite 400 |
| Nevada Bar No.: 12697 | Las Vegas, Nevada 89101-5315 |
| 3675 W Cheyenne Ave., Suite 100 | *Attorneys for Key Insurance Company* |
| North Las Vegas, Nevada 89032 | |
| *Attorneys for Plaintiff* | |

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

Dated: _____December 5____, 2024.

Jennifer Miller <jennifer.miller@bighornlaw.com>

# [External] RE: Balistreri v Key Insurance/Stipulation and Order to Extend Discovery Deadlines (Second Request)

1 message

**Philip Goodhart** <png@thorndal.com>  Wed, Dec 4, 2024 at 1:31 PM
To: Jennifer Miller <jennifer.miller@bighornlaw.com>
Cc: "Joshua P. Berrett, Esq." <josh@bighornlaw.com>, "Karen M. Berk" <KMB@thorndal.com>

Thanks Jennifer. You have my permission to affix my electronic signature.

Philip Goodhart | Shareholder | Thorndal Armstrong, PC

**PLEASE NOTE OUR NEW ADDRESS:**

600 S. Las Vegas Boulevard, Suite 400

Las Vegas, NV  89101

Phone: (702) 366-0622 | fax: (702) 366-0327 | png@thorndal.com

_____

This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s).  Any review, use, distribution or disclosure by others is strictly prohibited.  If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail and delete all copies of this message.

www.thorndal.com



**From:** Jennifer Miller <jennifer.miller@bighornlaw.com>
**Sent:** Tuesday, December 3, 2024 3:54 PM
**To:** Philip Goodhart <png@thorndal.com>
**Cc:** Joshua P. Berrett, Esq. <josh@bighornlaw.com>; Karen M. Berk <KMB@thorndal.com>
**Subject:** Balistreri v Key Insurance/Stipulation and Order to Extend Discovery Deadlines (Second Request)

Good afternoon,

Attached please find a copy of the Stipulation and Order to Extend Discovery Deadlines (Second Request) in regard to the above-named matter for your review. Please advise if our office has your permission to affix your electronic signature to this document.

Sincerely,

--



**Jennifer Miller**
Litigation Manager

Tel:    (702) 333-1111 Ext. 15
Email: jennifer.miller@bighornlaw.com
Web:   bighornlaw.com

 

This email and any attachments are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please contact the sender(s) at (702) 333-1111 and delete all copies from your system. Please note that any opinions in this email are solely those of the author and do not necessarily represent those of Bighorn Law, and is not to be considered legal advice.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.