PHILIP GOODHART, ESQ.
Nevada Bar No. 5332
THORNDAL ARMSTRONG, PC
600 S. Las Vegas Blvd., Suite 400
Las Vegas, Nevada 89101
Tel.: (702) 366-0622
Fax: (702) 366-0327
png@thorndal.com

Attorneys for Defendant,
KEY INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANDREA BALISTRERI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>KEY INSURANCE COMPANY, a foreign corporation; DOE DRIVER I-X; DOE OWNERS I-X; ROE OWNERS I-X; ROE EMPLOYERS I-X; AND ROE COMPANIES I-X,<br><br>Defendants. | Case No. 2:24-cv-00681-JAD-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 20 |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES hereto, by and through their counsel of record, that the above-entitled action be dismissed with prejudice as to all parties, each party to bear their own fees, costs, and expenses.

| | |
|---|---|
| DATED: February 18, 2025 | DATED: February 18, 2025 |
| BIGHORN LAW | THORNDAL ARMSTRONG, PC |
| */s/ Joshua P. Berrett* | */s/ Philip Goodhart* |
| KIMBALL JONES, ESQ.<br>Nevada Bar No. 12982<br>JOSHUA P. BERRETT, ESQ.<br>Nevada Bar No. 12697<br>3675 W. Cheyenne Ave., Suite 100<br>North Las Vegas, Nevada 89032<br>Attorneys for Plaintiff | PHILIP GOODHART, ESQ.<br>Nevada Bar No. 5332<br>600 S. Las Vegas Blvd., Suite 400<br>Las Vegas, Nevada 89101<br>Attorneys for Defendant,<br>KEY INSURANCE COMPANY |

///

///

**ORDER**

Based on the parties' stipulation [ECF No. 20] and good cause appearing, IT IS ORDERED that this action is dismissed with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
UNITED STATES DISTRICT JUDGE
February 25, 2025

Submitted by:

THORNDAL ARMSTRONG, PC

/s/ Philip Goodhart
_____
PHILIP GOODHART, ESQ.
Nevada Bar No. 5332
600 S. Las Vegas Blvd., Suite 400
Las Vegas, Nevada 89101
Attorneys for Defendant,
KEY INSURANCE COMPANY